UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ROBIN WILKINS,

    Plaintiff,

v.

    No. 5:25-CV-050-H

MCGAVOCK NISSAN OF AMARILLO, LP,

    Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The mediator has advised the Court that the parties have settled this case. *See* Dkt. No. 4. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

Because the defendant has not yet filed an answer or a motion for summary judgment, the plaintiff is directed to submit either a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a proposed order or a joint status report regarding the settlement by May 7, 2025.

So ordered on April 25, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE